UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SHIMSHON WEXLER, on behalf of himself
and all others similarly situated,

                            Plaintiff,

                -against-

ALLIED INTERSTATE, INC., and CELLCO
PARTNERSHIP d/b/a VERIZON WIRELESS

                          Defendants.
------------------------------------------------------------ x

**SUMMARY ORDER**

09 Civ. 2121 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On July 29, 2009, the parties appeared before me for oral argument on the motion of Defendant Cellco Partnership d/b/a Verizon Wireless ("Verizon") to stay the proceedings and compel arbitration of Plaintiff's claim, pursuant to the Federal Arbitration Act, 9 U.S.C. § 3.

       For the reasons stated on the record, the motion is granted. Accordingly, this action is stayed as against Defendant Verizon, provided that Defendant Verizon and Plaintiff report by joint letter every ninety days on the status of the arbitration. Plaintiff and Defendant Allied Interstate, Inc. shall appear for a status conference on August 21, 2009, at 10:00 a.m.

       The Clerk shall mark the motion (Doc. #11) as terminated.

       SO ORDERED.

Dated:    July 29, 2009
            New York, New York

                                                   ALVIN K. HELLERSTEIN
                                                   United States District Judge